

May 13, 2016

**PERSONAL AND CONFIDENTIAL**
**Delivered via email and certified mail**

Assistant Professor Cathy Joritz
Oldfather Studios
1621 W Ninth St
Lawrence, KS 66044

Re: Notice of Non-Reappointment

Dear Professor Joritz:

In my letter dated April 13, 2016, you were advised that Dean Lejuez had recommended that you be given notice of non-reappointment for the reasons stated in his April 8, 2016 letter to you, and that I concurred with his recommendation. You appealed the notice of non-reappointment to the Faculty Rights Board (FRB), which recommended that the Chancellor disregard two statements contained in Department Chair Michael Baskett's letter and take into account the impact of those statements on the Dean's and CCAPT's recommendations in her independent review of your record. The recommendation for non-reappointment and letter from the FRB were forwarded to the Chancellor who, after careful review, has decided to accept the recommendation for non-reappointment. In doing so, the Chancellor determined that FRB went beyond its jurisdiction in its recommendation. Nonetheless, even excluding consideration of the information in the Chair's letter, the Chancellor determined that your research record demonstrated insufficient progress toward tenure, warranting non-reappointment.

In accordance with the policies of the Kansas Board of Regents, and the Rules and Regulations of the Faculty Senate, I am notifying you that your appointment for the 2016–2017 academic year will be a terminal appointment and that your employment with the University will end with the close of the 2016–2017 academic year on May 16, 2017.

The University is an agency of the State of Kansas, and this letter is intended to serve as a notice of a final agency action by the University of Kansas. Chancellor Bernadette Gray-Little is the agency officer who should receive any service on behalf of the University of any subsequent petition for judicial review of this action.

I express regret over the circumstances that require me to write this letter, and I wish you well in the next phase of your career.

Sincerely,

*Sara T. Rosen*
Sara T. Rosen
Interim Provost and Executive Vice Chancellor

Cc:  Chancellor Bernadette Gray-Little
Vice Provost Mary Lee Hummert
Dean Lejuez
Associate Professor and Chair Baskett