**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CATHERINE A, JORITZ,              ) | |
|     Plaintiff, *pro Se*              ) | |
|                                     -vs-              ) | Case No. 5:17-cv-04002-SAC-KGS |
| THE UNIVERSITY OF KANSAS,              ) | |
|     Defendant.              ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, *pro Se*, hereby moves this court for an extension of time of twenty-eight (28) days or up to and including September 18, 2017 to answer or otherwise plead to Defendant's Response. In support of this unopposed motion, and pursuant to Local Rule 6.1(a), Plaintiff states:

1. Plaintiff filed her Complaint alleging employment discrimination and retaliation on January 6, 2017. Defendant was served with process on April 6, 2017. Defendant requested and was granted a Clerk's fourteen (14) day extension of time from April 26, 2017 to May 10, 2017, and thereafter was granted two unopposed extensions from May 10, 2017 to May 24, 2017 and from May 24, 2017 to June 7, 2017 in which to answer or otherwise plead to Plaintiff's Complaint. Defendant filed its Motion to Dismiss with Supporting Memorandum on June 7, 2017. Plaintiff requested and received a twenty-one-day unopposed extension of time, which extended Plaintiff's time to July 18, 2017 and a second, unopposed extension of time to August 21, 2017.

2. Due to the continued press of urgent out-of-state family matters including illness as well as new case-related material recently made available to the Plaintiff and additional case-related material that the Plaintiff is waiting to have made available to her, an extension is requested by

Plaintiff to allow Plaintiff additional time to attend to her family matters, receive and receive the new materials, review the Defendant's response, continue to conduct necessary factual and legal research, and prepare a response.

3. The *pro Se* Plaintiff has reached out to the Defendant and the Defendant does not oppose the requested extension of time.

4. The extension is not requested for purposes of delay. No party will be prejudiced by the extension, and Defendant has agreed to it.

WHEREFORE Plaintiff respectfully requests that the Court grant the agreed-upon extension of twenty-eight (28) days, up to and including September 18, 2017, to respond to or otherwise plead to Defendant's Response.

Respectfully submitted,

*Cathy Joritz*

Catherine A. Joritz, *pro Se*
PO Box 422
Perry, KS 66073
T: (630) 857-8907
E: cjanimate@aol.com

## CERTIFICATE OF SERVICE

The undersigned Plaintiff, *pro Se*, certifies that a true and correct copy of the foregoing was filed via email with the Federal Court's clerk's office, KSD_Clerks_Topeka@ksd.uscourts.gov, on the 8th of August 2017. On August 8, 2017 the motion was sent via email and on August 9th, 2017 a paper copy was sent via Certified Mail upon:

Megan K. Walawender
Associate General Counsel and  Special Assistant Attorney General
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
megan.walawender@ku.edu
*Attorney for Respondent University of Kansas*