## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CATHERINE A, JORITZ,           ) | |
| Plaintiff, *pro Se*            ) | |
|                                ) | |
| -vs-                           ) | Case No. 5:17-cv-04002-SAC-KGS |
|                                ) | |
| THE UNIVERSITY OF KANSAS,      ) | |
| Defendant.                     ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, *pro Se*, hereby moves this court for an extension of time of forty-two (42) days, up to and including October 30, 2017, to answer or otherwise plead to Defendant's Response. In support of this unopposed motion, and pursuant to Local Rule 6.1(a), Plaintiff states:

1. Plaintiff filed her Complaint alleging employment discrimination and retaliation on January 6, 2017. Defendant was served with process on April 6, 2017. Defendant requested and was granted three unopposed extensions of time to June 7, 2017 in which to answer or otherwise plead to Plaintiff's Complaint.  Defendant filed its Motion to Dismiss with Supporting Memorandum on June 7, 2017. Plaintiff requested and received three unopposed extensions of time, extending Plaintiff's time to respond to September 18, 2017.

2. Due to the continued press of urgent out-of-state family matters including the terminal illness of the Plaintiff's mother as well as new case-related material recently made available to the Plaintiff, an extension is requested by Plaintiff to allow Plaintiff additional time to attend to her family matters, review the new materials, and continue to conduct necessary factual and legal research and prepare her response.

3. The *pro Se* Plaintiff has reached out to the Defendant and the Defendant does not oppose the requested extension of time.

4. The extension is not requested for purposes of delay. No party will be prejudiced by the extension, and Defendant has agreed to it.

    WHEREFORE Plaintiff respectfully requests that the Court grant the agreed-upon extension of forty-two (42) days, up to and including October 30, 2017, to respond to or otherwise plead to Defendant's Response.

Respectfully submitted,

*/s/ Cathy Joritz*

Catherine A. Joritz, *pro Se*
PO Box 422
Perry, KS 66073
T: (630) 857-8907
E: cjanimate@aol.com

## CERTIFICATE OF SERVICE

The undersigned Plaintiff, *pro Se*, certifies that a true and correct copy of the foregoing was filed via email with the Federal Court's clerk's office, KSD_Clerks_Topeka@ksd.uscourts.gov, on the 28th of August 2017. On August 29, 2017 the motion was sent via email and Certified Mail upon:


Megan K. Walawender
Associate General Counsel and  Special Assistant Attorney General
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
megan.walawender@ku.edu
*Attorney for Respondent University of Kansas*