IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CATHERNE A. JORITZ,

               Plaintiff,

vs.                                         Case No. 17-4002-SAC-KGS

UNIVERSITY OF KANSAS,

               Defendant.

## **O R D E R**

This case is before the court upon defendant's motion for extension of time to file its reply in support of its motion to dismiss. Doc. No. 22. Plaintiff has not filed a timely response to the motion.

Defendant seeks 21 days from the resolution of plaintiff's motion to amend to file a reply in support of the motion to dismiss. Since plaintiff's motion to amend was denied without prejudice on January 17, 2018, this would give defendant time until February 7, 2018 to file a reply. Plaintiff, however, may file another motion to amend which could place defendant in the same position which in part led to defendant's motion for extension of time.

The court shall grant plaintiff time until February 21, 2018 to file a motion to amend with a proposed amended complaint. Defendant may have 21 days after the resolution of

1

the motion to amend to file a reply in support of its motion to dismiss.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2018, at Topeka, Kansas.

s/Sam A. Crow
Sam A. Crow, U.S. District Senior Judge