### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

CATHERINE A. JORITZ,
               Plaintiff, *pro Se*

               v.                          Case No. 5:17-cv-04002-SAC-KGS
                                               Honorable Judge Sam A. Crow

THE UNIVERSITY OF KANSAS,
               Defendant.

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

    Pursuant to Federal Rule of Civil Procedure 15(a)(2) Plaintiff, Catherine A. Joritz, *pro Se* (hereafter "Plaintiff"), respectfully moves the Court for an order granting leave to file her Amended Complaint. Plaintiff's Amended Complaint is submitted with this motion.

    Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiff moves to file the Amended Complaint within the time permitted by the Court. Allowing Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith or undue delay.

    Through the Amended Complaint, Plaintiff seeks to add individual Defendants that were significantly involved in planning and executing University procedural violations and violations of law that denied Plaintiff her Constitutional rights, property and liberty interests as well as damaging Plaintiff's reputation.

    Following Defendant's initial Complaint, Defendant continued to discriminate and retaliate against Plaintiff, relevant to and in addition to Plaintiff's initial Complaint. Since filing her initial Complaint, Plaintiff has acquired additional evidence against Defendant that supports

and adds to Plaintiff's allegations of discrimination, retaliation and overall denial of due process. Plaintiff's Amended Complaint will maintain the allegations against the Defendant from the original Complaint and will include additional evidence, additional parties and factual and procedural developments that have taken place since Plaintiff's initial Complaint was filed.

Further, Plaintiff seeks to include additional exhibits that will provide clarity regarding Plaintiff's allegations.

## BACKGROUND

This is a case in which Plaintiff alleges discrimination by Defendant; Defendant's willful prevention of Plaintiff from reporting discrimination; retaliation for engaging in protected activities; hostile work environment; Defendant's purposeful denial of Plaintiff's 1st, 5th and 14th Amendment rights and wrongful termination, all by or permitted by Defendant. The setting for this case is Defendant's university campus. Plaintiff was employed by Defendant as a tenure-track Assistant Professor in the Film & Media Studies Department, from August 2012 – May 16, 2017. Plaintiff received her non-reappointment letter from Defendant in May 2016. Defendant's employment policy allowed Plaintiff to remain employed by Defendant for one more year, referred to by Defendant as a "grace year".

On 10.13.16 the EEOC issued Plaintiff a right-to-sue letter. Plaintiff timely filed her Complaint on 1.06.17.

After agreed upon time extensions from both parties, Defendant filed a Motion to Dismiss on 6.7.17. After agreed upon time extensions from both parties, Plaintiff filed her Response to Defendant's Motion to Dismiss on 12.29.17. Discovery has not yet begun.

## ARGUMENT

At the time of filing her initial Complaint, Plaintiff had evidence to support her Complaint, but did not have access to evidence that would enable her to address several issues

with specificity. Since then, Plaintiff obtained additional evidence to support, add specificity to and expand her allegations. Plaintiff continued to work for Defendant and Defendant continued to subject Plaintiff to discrimination and retaliation that included, but was not limited to, a hostile work environment and a continued denial of due process. Based on Defendant's ongoing discriminatory and retaliatory actions, Plaintiff recently filed a second EEOC charge against Defendant.

**PLAINTIFF HAS MET THE STANDARD FOR OBTAINING LEAVE TO FILE AN AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 15**

Pursuant to the Federal Rules of Civil Procedure 15(a)(2), "…a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Further, a justifying reason must be apparent for denial of a motion to amend. In explaining the amendment standard, the Eleventh Circuit Court of Appeals has observed that "unless a substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Shipner v. Eastern Air Lines, Inc.,* 868 F.2d 401, 407 (11th Cir.1989).

In light of new evidence as well as significant factual and procedural developments since Plaintiff's initial Complaint, good cause for amending the Complaint is apparent. For these reasons and in order for justice to be served, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Amended Complaint, submitted with this motion.

Dated: April 23, 2018

Respectfully submitted,

*[signature: Cathy Joritz]*

Catherine A. Joritz, *pro Se*
PO Box 422,