Perry, KS 66073,  
T: (630) 857-8907  
E: cjanimate@aol.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CATHERINE A. JORITZ,

           Plaintiff, *pro Se*

       -vs-                                Case No. 5:17-cv-04002-SAC-KGS

THE UNIVERSITY OF KANSAS,

           Defendant.

### NOTICE

TO:    Megan K. Walawender, *Attorney for Respondent University of Kansas*

You are hereby notified that Cathy Joritz, *pro Se*, did on April 23, 2018 cause to be filed per email:

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

You have been emailed a copy of this motion on April 24, 2018 to megan.walawender@ku.edu

and have been sent on April 24, 2018 a copy via postage pre-paid U.S. Mail, upon:

    Megan K. Walawender, *Attorney for Respondent University of Kansas*
    Associate General Counsel and  Special Assistant Attorney General
    245 Strong Hall
    1450 Jayhawk Blvd.,  Lawrence, KS 66045

Respectfully Submitted,

*[signature: Cathy Joritz]*

Cathy Joritz, *pro Se*,  
PO Box 422,  
Perry, KS 66073,  
T: (630) 857-8907  
E: cjanimate@aol.com

## CERTIFICATE OF SERVICE

The undersigned Plaintiff, *pro Se*, certifies that a true and correct copy of the foregoing

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

was filed with the Court via email on April 23, 2018, and that and on April 24, 2018, was sent via email and as a paper copy sent via postage pre-paid U.S. Mail, upon:

Megan K. Walawender, *Attorney for Respondent University of Kansas*
Associate General Counsel and  Special Assistant Attorney General
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel: (785) 864-3276
megan.walawender@ku.edu

/s Catherine A. Joritz, *pro Se*