## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CATHERINE A. JORITZ,

        Plaintiff, *pro Se*

-vs-                      Case No. 5:17-cv-04002-SAC-KGS

THE UNIVERSITY OF KANSAS,

        Defendant.

### NOTICE

TO:    Megan K. Walawender, *Attorney for Respondent University of Kansas*

You are hereby notified that Cathy Joritz, *pro Se*, did on April 23, 2018 cause to be filed per email:

### **PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND**

You have been emailed a copy of this motion on April 24, 2018 to megan.walawender@ku.edu and have been sent on April 24, 2018 a copy via postage pre-paid U.S. Mail, upon:

    Megan K. Walawender, *Attorney for Respondent University of Kansas*
    Associate General Counsel and  Special Assistant Attorney General
    245 Strong Hall
    1450 Jayhawk Blvd.
    Lawrence, KS 66045

                      Respectfully Submitted,

                      */s/ Cathy Joritz*

                      Cathy Joritz, *pro Se*
                      PO Box 422
                      Perry, KS 66073
                      Joliet, Illinois 60436
                      (630) 857-8907

## CERTIFICATE OF SERVICE

The undersigned Plaintiff, *pro Se*, certifies that a true and correct copy of the foregoing was filed with the Court via email on April 23, 2018, and that on April 24, 2018, sent via email, and on April 24, 2018, sent a paper copy via postage pre-paid U.S. Mail, upon:

    Megan K. Walawender, *Attorney for Respondent University of Kansas*
    Associate General Counsel and  Special Assistant Attorney General
    245 Strong Hall
    1450 Jayhawk Blvd.
    Lawrence, KS 66045
    Tel: (785) 864-3276
    megan.walawender@ku.edu

                                                 /s Catherine A. Joritz, *pro Se*