IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


CATHERNE A. JORITZ,

            Plaintiff,

vs.                                     Case No. 17-4002-SAC-KGS

UNIVERSITY OF KANSAS,

            Defendant.


**O R D E R**

    This case is before the court upon the report and recommendation of United States Magistrate Judge Sebelius. Doc. No. 43. The report and recommendation concludes after a review of plaintiff's motion to amend her complaint and related materials and pleadings, that the motion should be granted in part and denied in part.

    The report and recommendation was filed on September 11, 2018. Under the provisions of FED.R.CIV.P. 72(b)(2), the parties have 14 days after being served with a copy of the report and recommendation to serve and file specific written objections. No objections have been filed as of this date.

    Upon review, the court agrees with Judge Sebelius' recommended disposition of the motion to amend. Plaintiff's motion to amend (Doc. No. 29) shall be granted in part. Plaintiff is granted leave to file her amended complaint upon the condition

that the following claims be dismissed from the amended complaint: (1) the Title VII claims against the individual defendants; (2) the § 1983 claims against the University of Kansas and the individual defendants in their official capacities; and (3) the breach of contract claims against the individual defendants.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2018, at Topeka, Kansas.

s/Sam A. Crow
Sam A. Crow, U.S. District Senior Judge