## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CATHERINE A, JORITZ, ) | |
| Plaintiff, *pro Se* ) | |
| ) | |
| -vs- ) | Case No. 5:17- 04002-SAC-KGS |
| ) | |
| THE UNIVERSITY OF KANSAS, ) | |
| Defendant. ) | |

### PLAINTIFF'S 2nd UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, *pro Se*, with the agreement of Defendant, hereby respectfully moves this court for a second extension of time of seven (7) days, up to and including November 13, 2018, in which to file her Amended Complaint. In support of the motion, Plaintiff includes the following:

1. On April 23, 2018 Plaintiff filed a Motion for Leave to Amend Complaint [Doc. No. 29].

2. On September 11, 2018, Magistrate Gary Sebelius filed his REPORT AND RECOMMENDATION [Doc. No. 43].

3. On October 9, 2018, the Honorable Judge Sam A. Crowe ordered that Plaintiff's motion should be granted in part and denied in part, allowing Plaintiff to file her amended complaint upon conditions set forth by Judge Crowe [Doc. No. 44].

4. Pursuant to D. Kan. Rule 15 (b) Plaintiff had fourteen (14) days in which to file her amended complaint, with Plaintiff's Amended Complaint due on October 23, 2018.

5. On October 16, 2018. Plaintiff filed an unopposed Motion for an Extension of Time in which to file her Amended Complaint [Doc. No. 45]. This motion was granted the following day, on 10.17.18, by the Honorable Magistrate Judge K. Gary Sebelius [Doc. No. 46], setting a new deadline of November 6, 2018.

6. Plaintiff traveled during the time allotted to amend her complaint, according to plans that Plaintiff made prior to Honorable Judge Crowe's initial order. Upon her return Plaintiff was met with responsibilities, which made it difficult for Plaintiff to work on her amended complaint.

7. Plaintiff, *pro Se,* requires more time than a practiced attorney to properly amend her complaint and ensure its compliance with Honorable Judge Crowe's order.

8. Defendant has agreed to Plaintiff's requested extension of time.

9. The requested extension is not for purposes of unnecessary delay and will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests this Court to grant a second extension of time of seven (7) days, up to and including November 13, 2018, in which to file her Amended Complaint.

DATE: November 1, 2018

Respectfully submitted,

*[signature: Cathy Joritz]*

Catherine A. Joritz, *pro Se*
PO Box 422
Perry, KS 66073
T: (630) 857-8907
E: cjanimate@aol.com

## NOTICE AND CERTIFICATE OF SERVICE

The undersigned Plaintiff, *pro Se*, certifies that a true and correct copy of the foregoing was filed with the Court per email to ksd_clerks_topeka@ksd.uscourts.gov on the 1st day of November 2018, and that same day emailed to Megan K. Walawender,  megan.walawender@ku.edu .
A paper copy was also served on November 1, 2018 via first-class, prepaid U.S. Mail upon:

Megan K. Walawender, *Attorney for Respondent University of Kansas*
Associate General Counsel and  Special Assistant Attorney General
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
megan.walawender@ku.edu