AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-04002-SAC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Carl Lejuez**
was received by me on *(date)* **February 26**:

☒ I personally served the summons on the individual at *(place)* **University of Kansas**
~~February 26, 2019 9m~~ on *(date)* **Feb 26, 2019**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Carl Lejuez**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**Cathy Joritz** on *(date)* **Feb 26, 2019**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **March 13, 2019**

*Jean A. Martin*
Server's signature

**Jean A. Martin, retired**
Printed name and title

**107 E 6th St, Perry KS**
Server's address

Additional information regarding attempted service, etc:
STATE OF KANSAS
COUNTY OF JEFFERSON

On the 13th day of March, 2019, before me personally appeared Jean A Martin to me known to be the person named herein and who executed the foregoing and they acknowledged to me that hey voluntarily executed the same.

*Treva Bunce*
Notary Public

TREVA BUNCE
Notary Public - State of Kansas
My Appt. Expires 9-21-19