AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-04002-SAC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Michael Baskett**

was received by me on *(date)* **2.22.19**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **sent via certified mail to Michael Baskett. Delivered (according to USPS) on Feb. 2, 2019.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **March 13, 2019**

*Server's signature:* Cathy Joritz

**Catherine Joritz (Cathy Joritz), Plaintiff**
*Printed name and title*

**PO Box 422, Perry, KS, 66073**
*Server's address*

Additional information regarding attempted service, etc:

According to USPS (see additional page) the summons/complaint was delivered on Feb. 2, 2019. Although the tracking indicates that a neighbor received the summons/complaint, it appears that Michael Baskett signed for it (pls see signature).

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Baskett

9590 9402 3437 7275 0574 31

2. Article Number *(Transfer from service label)*

7018 1130 0000 2348 1713

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

M Beler

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
estricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3437 7275 0574 31

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

C. JORITZ
PO BOX 422
PERRY, KS
66073

USPS.COM® | Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International

# USPS Tracking®

Tracking | FA

Track Another Package +

Tracking Number: 70181130000023481713

Rem

Your item was delivered to a neighbor as requested at 1:07 pm on February 2, 2019 in LAWRENCE, KS 66049.

**Status**

**Delivered**

February 2, 2019 at 1:07 pm
Delivered, Neighbor as Requested
LAWRENCE, KS 66049

Delivered

**Text & Email Updates**

**Tracking History**

**February 2, 2019, 1:07 pm**
Delivered, Neighbor as Requested
LAWRENCE, KS 66049
Your item was delivered to a neighbor as requested at 1:07 pm on February 2, 2019 in LAWRENCE, KS 66049.

**February 2, 2019**
In Transit to Next Facility

**February 1, 2019, 3:41 pm**
USPS in possession of item
LAWRENCE, KS 66044





