**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: Joritz v. Gray-Little, et al.           District Court Number: 5:17-cv-04002-SAC-JPO
District: USDC for the District of Kansas       Circuit Court Number: 19-3078
Name of Attorney/Pro Se Party: Derek T. Teeter      Email Address: derek.teeter@huschblackwell.com
Name of Law Firm/Office: Husch Blackwell LLP      Telephone: (816)983-8331
Address: 4801 Main Street, Suite 1000, Kansas City, MO 64112
Name of Court Reporter: _____
Name of Court Reporter (if ordering from more than one):_____

**PART II- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A -*    **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
                    [×] A transcript is not necessary for this appeal;
                    [] The necessary transcript is already on file in District Court; or
                    [] The necessary transcript was ordered previously in appeal
                         number _____

*SECTION B -*    **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
                  (Specify the date and proceeding in the space below)

Voir dire:_____     Opening Statements:_____
Trial proceedings: _____     Closing Arguments:_____
Jury Instructions: _____     Other Proceedings: _____
Post-Trial Hearings: _____     Other Proceedings: _____
                (Attach additional pages if necessary)

          **[] I will pay the cost of the transcript. My signature on this form is my agreement to pay for
            the transcript ordered on this form.**

          **[] This case is proceeding under the Criminal Justice Act.**

          **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL
          STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court
allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have
been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or
pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory
arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: *Derek Teeter*        Date: April 26 , 2019

**PART III -**    **To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S.
District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been
made.

Signature of Court Reporter: _____     Date:_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2019, I filed copies of the Transcript Order Form with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit and the Clerk of the Court for the United States District Court for the District of Kansas through the ECF system. Further, I certify that the Transcript Order Form will be sent via first-class, prepaid U.S. Mail to Catherine A. Joritz, *pro se,* PO Box 422, Perry, KS 66073, and via e-mail to cjanimate@aol.com.

/s/ Derek T. Teeter
Derek T. Teeter