**RE: Joritz v. KU, Federal, proposed extension of time**

Teeter, Derek Derek.Teeter@huschblackwell.com    Hide

Tue, Apr 23, 2019 7:01 pm

To   'cjanimate@aol.com' cjanimate@aol.com

Cc   Raupp, Michael Michael.Raupp@huschblackwell.com

Ms. Joritz:

We have consulted with our client, and we will not agree to a general two month extension on all dates. Such an approach could merely lead us back to the same situation in late June where, given the grounds you state below, you might seek an additional extension.

What we would agree to, however, and propose, is a joint motion to stay the lawsuit in federal district court entirely until such time as the state court proceeding (KJRA) is final and the Tenth Circuit appeal filed by the individual defendants is completed. We believe this approach would be the most efficient. If you are in agreement with this approach, we will prepare a joint motion for your review and signature.

EXHIBIT 1

## Affidavit

Cathy Joritz, being first duly sworn on oath, deposes and states as follows:

1. I am the Plaintiff, *pro Se* for Case No. 5:17-cv-04002-SAC-KGS.

2. I write the pleadings that I file in this matter.

DATED: 25th of April, 2019

FURTHER AFFIANT SAYETH NAUGHT.

*Cathy Joritz*
Cathy Joritz
PO Box 422
Perry, KS. 66073

Subscribed and sworn to before me

*[signature]*
Notary Public

PHILIP H. MORLAN
Notary Public - State of Kansas
My Appt Expires 09/15/2019

EXHIBIT 2