IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CATHERINE A. JORITZ,
                Plaintiff, *pro Se*

       -vs-                              Case No. 5:17-cv-04002-SAC-KGS
                                                     Honorable Judge Sam A. Crow

THE UNIVERSITY OF KANSAS, Et Al.
                Defendants.

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANT UNIVERSITY OF KANSAS'
MOTION TO STAY THE CASE**

COMES NOW Plaintiff, Catherine A. Joritz, *pro Se*, (hereafter "Professor Joritz"), and pursuant to F. R. 6.1(a) hereby moves this Court to ALLOW a fourteen-day (14) extension of time to respond to Defendant University of Kansas' Motion to Stay the Case (Doc 93, filed April 26, 2019) with the new deadline set for May 20, 2019.

Professor Joritz states for her motion the following:

1. On November 13, 2018, Professor Joritz filed her first Amended Complaint in this matter (Doc. No. 49).

2. The University of Kansas (hereafter "University") filed motions to dismiss on its behalf (Doc. No. 54) and on behalf of the individual Defendants Bernadette Gray-Little, Carl Lejuez, Stuart Macdonald, and Michael Baskett, Chair of the Film and Media Studies Department. (Doc No. 70).

3. The Honorable Judge Sam A. Crow issued his Memorandum and Order (Doc. No. 81) in this matter on **April 8, 2019**.

4. On the same date as Judge Crow's Memorandum and Order (see #3), **April 8, 2019**, the Honorable Magistrate James P. O'Hara filed the 12-page Doc. No. 82, "INITIAL ORDER REGARDING PLANNING AND SCHEDULING".

5. The above-mentioned order stipulated a **May 23, 2019** Kansas City scheduling conference, a **May 6, 2019** deadline for a planning conference between the parties and a deadline of **May 14, 2019** for Professor Joritz to submit the completed report of the parties' planning conference along with copies of the parties' Rule 26(a) initial disclosures.

6. Due to a flurry of legal documents filed in this case and for other reasons stated in her motion, Professor Joritz filed an EMERGENCY MOTION for extension of time for initial disclosures and planning meeting and MOTION to Continue Scheduling Conference (Doc. No. 88, filed **April 24, 2019**). On **April 25, 2019** Magistrate Judge O'Hara ordered expedited briefing deadlines regarding [88], setting the University's Response and Professor Joritz' Reply deadlines for **April 26** and **April 29**, respectively. The University timely filed its Opposition (Doc. No. 92) and Professor Joritz timely filed her Reply (Doc. No. 94). These pleadings eroded the time Professor Joritz needed to review and work on other pleadings and documents filed in this case and the related appeal (Doc. No. 83, 19-3078, Joritz v. Gray-Little, et al Dist/Ag docket: 5:17-CV-04002-SAC-JPO), which the University filed **April 17, 2019**.

7. Since Judge Crow's order of **April 8, 2019**, the University filed multiple pleadings in or related to this case. Professor Joritz has authored and filed responses, when immediately necessary. These documents include:

  **1.** Doc. No. 84 filed on **April 17, 2019**: Defendant's Notice of filing Notice of Appeal, effectively opening a new case. Professor Joritz requires time to familiarize herself with Appellate Procedure and 10th Circuit Court Rules, electronic filing as well as all other related procedures, deadlines, document requirements, etc., in order to comply with said procedures, deadlines, etc.

  **2.** Doc. No. 85 filed on **April 17, 2019**: The Clerk of the Court letter to the University regarding the docketing of the filed appeal, with pertinent instructions, Rules, deadlines, Electronic Case Filing system requirements, etc.

  **3.** Doc. No. 86: The University's ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, a 92-page document filed on **April 22, 2019**.

  **4.** Doc. No. 92: The University's Memorandum in Opposition to Plaintiff's Motion for an Extension of time, filed on **April 26, 2019,** in compliance with the Honorable Magistrate Judge O'Hara's order expedite the briefings.

  **5.** Doc. No. 94: Professor Joritz' Reply to the University's Response in Opposition (Doc. No. 92), timely filed on **April 29, 2019,** in compliance with the Honorable Magistrate Judge O'Hara's order to expedite the briefings.

8. Professor Joritz requested and was, on **April 25, 2019,** GRANTED a 10-day extension of time to submit a Motion for Reconsideration with a due date of **May 2, 2019** by the

Honorable Judge Sam Crow (Doc. No. 91), in response to Judge Crow's ruling (Doc. No. 81).

9. On **April 30, 2019** the Honorable Magistrate Judge O'Hara unexpectedly ordered expedited BRIEFING DEADLINES regarding [93] Motion to Stay Case, with Professor Joritz' Response due by **May 9, 2019** and University's reply due by **May 16, 2019**.

9. However, Professor Joritz is currently working on the Motion for Reconsideration, due on May 2, and cannot work on a Response to the University's Motion to Stay the Case.

11. Further, the recent Motion and defense of her motion (reply to University's opposition) for an extension of time also eroded Professor Joritz' time to focus on reviewing other documents and pleadings.

12. Magistrate O'Hara's newly imposed deadline shortens Professor Joritz' time to Respond to a Motion, which is critical to how this case will proceed. By cutting Professor Joritz's time to effectively one week to respond (from May 2 – May 9, weekend included), Professor Joritz, Pro Se, can in no way adequately review, analyze, research case law and law, let alone author an effective, informed Response.

13. After Professor Joritz files her Motion for Reconsideration, the University will time to respond and Professor Joritz will have time to reply to the University's response. Judge Crow will require time to review all documents. Assuming all parties respond and reply, a ruling can be expected toward the end of **June 2019**. Given an absence of cause to rush a judgement on the University's Motion to Stay the Case, it makes sense to grant this motion for an extension the time, which is necessary for Professor Joritz to be able to respond to

    the University's Motion to Stay the Case.

10. During the past week, the University has emailed Professor Joritz multiple disturbing out-of-court communications, which included apparent accusations against Professor Joritz, implied threats and demands for responses with University-imposed, self-proclaimed deadlines. (see EXHIBITS 1-5). Professor Joritz required time to review the University's accusations, demands, legal issues raised, and case law cited in its letter, which further eroded Professor Joritz' time to review and work on her pleadings for this case. The Constitutionally protected right of a Pro Se litigant to seek legal advice is obvious and need not be defended here. Nonetheless, in a good faith effort, Professor Joritz provided the University with an affidavit confirming her Pro Se status (EXHIBIT 4). The University responded via email with continued accusations and demands (EXHIBIT 5).

11. Professor Joritz, *pro Se,* requires more time than an experienced attorney to find, research and understand law and case law related to the University's Motion to Stay the Case. The preparation of documents and pleadings are time-consuming for an experienced lawyer, but even more so for Professor Joritz, who as a *pro Se* litigant with extremely limited legal experience, must review all documents, research, write and file all of her pleadings with no "support team", no office, no federal or other funding, no library or archive of relevant case law at her fingertips, etc. By contrast, the University has all the aforementioned, has assigned TWO external lawyers in addition to its own legal team to this case and thus has an inherently immense legal advantage

12. Professor Joritz previously filed a Kansas Judicial Review Act (KJRA) case in State Court,

which is proceeding concurrent to this case. The KJRA case imposes a current deadline for Professor Joritz's brief (due in approximately 7.5 weeks), further limiting Professor Joritz' time to work on this case.

13. Professor Joritz works part-time, continues to seek full-time employment and has other responsibilities, all of which limit Professor Joritz' time to work on this case.

14. Professor Joritz respectfully requests that this Court take judicial notice that the fact that the University requires two lawyers from a large, prestigious law firm in addition to its own substantial legal team is indicative of the complicated nature and extensive work required to both prosecute and defend this case. Professor Joritz, an individual, Pro Se litigant, clearly requires **more** rather than less time, to have any semblance of due process in this case.

15. Professor Joritz also requires time to attend to physical handicaps, such as carpal tunnel symptoms, a repetitive motion injury, and dental work. Professor Joritz is attempting to keep her daily typing within a finite, humane, more limited number of hours. <u>An expedited response in this matter does the opposite: It will force Professor Joritz to work around the clock on her response, including the weekend, without pause.</u> Even then, Professor Joritz will not have adequate time to prepare an informed response.

16. Professor Joritz reached out to the University attorneys, who oppose this motion.

17. Professor Joritz has not requested an extension of time for this matter prior to this request.

18. The requested extension and continuance is not for purpose of unnecessary delay but rather for the purpose of justice and due process.

19. The requests made in this motion will not prejudice any party.

## CONCLUSION

The sheer number of documents filed recently in this case, all with substantive content, requirements, and deadlines, present new, unexpected and time-consuming challenges for Professor Joritz, a *pro Se* litigant. Professor Joritz is working on another pleading in this case, with a looming deadline. The ordered expedited deadline for a Response to the University's Motion to Stay the case is prejudicial to Professor Joritz: LESS time than typically permitted prohibits Professor Joritz from preparing an effective Response. Professor Joritz requires MORE time than a practice attorney for her pleadings. Due process warrants the additional time requested in this motion.

WHEREFORE, for all the foregoing reasons, Professor Joritz respectfully moves this Court to ALLOW a fourteen-day (14) extension of time to respond to Defendant University of Kansas' Motion to Stay the Case (Doc 93, filed April 26, 2019) with the new deadline set for May 20, 2019.

DATE: April 30, 2019

Respectfully submitted,

*[signature: Cathy Joritz]*

Catherine A. Joritz, *pro Se*
PO Box 422
Perry, KS 66073
T: (630) 857-8907
E: cjanimate@aol.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

CATHERINE A. JORITZ,

                Plaintiff, *pro Se*

      -vs-                              Case No. 5:17-cv-04002-SAC-KGS
                                                  Honorable Judge Sam A. Crow

THE UNIVERSITY OF KANSAS, et Al.
                Defendants.

### NOTICE

    TO:    Derek Teeter and Michael Raupp, *Attorneys for Respondent University of Kansas*

You are hereby notified that Cathy Joritz, *pro Se*, did on April 30, 2019 cause to be filed with the Court per email:

### **PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
### TO RESPOND TO DEFENDANT UNIVERSITY OF KANSAS'
### MOTION TO STAY THE CASE**

You have been emailed a copy of this motion on April 30, 2019 to

Derek T. Teeter derek.teeter@huschblackwell.com
Michael T. Raupp michael.raupp@huschblackwell.com

and have been sent on May 1, 2019 a copy via postage pre-paid U.S. Mail, upon:

DEREK T. TEETER / MICHAEL T. RAUPP *Attorneys for the University of Kansas*
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000,
Kansas City, Missouri 64112

                                                  Respectfully Submitted,

                                                  *Cathy Joritz signature*

                                                  Cathy Joritz, *pro Se*
                                                  PO Box 422, Perry, KS 66073,
                                                  cjanimate@aol.com, (630) 857-8907

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CATHERINE A. JORITZ,

        Plaintiff, *pro Se*

    -vs-                         Case No. 5:17-cv-04002-SAC-KGS
                                          Honorable Judge Sam A. Crow

THE UNIVERSITY OF KANSAS, Et Al.
        Defendants.

## **CERTIFICATE OF SERVICE**

The undersigned Plaintiff, *pro Se*, certifies that a true and correct copy of the foregoing was filed with the Court via email on the April 30, 2019, and on the same day sent via email to

Derek T. Teeter derek.teeter@huschblackwell.com
Michael T. Raupp michael.raupp@huschblackwell.com

A paper copy was also served on May 1, 2019 via first-class, prepaid U.S. Mail upon:

DEREK T. TEETER / MICHAEL T. RAUPP *Attorneys for the University of Kansas*
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000,
Kansas City, Missouri 64112

                                                          /s Catherine A. Joritz, *pro Se*
                                                            PO Box 422
                                                             Perry, KS 66073
                                                             E: cjanimate@aol.com
                                                             T: (630) 857-8907