IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CATHERINE A. JORITZ,

           Plaintiff,

vs.                                        Case No. 17-4002-SAC-JPO

UNIVERSITY OF KANSAS, et al.,

           Defendants.

## O R D E R

This is an employment discrimination, retaliation and breach of contract action against the University of Kansas and four individual defendants. In accordance with the order and mandate filed by the Tenth Circuit Court of Appeals (Doc. No. 117), the court orders that plaintiff's claims against defendants Bernadette Gray-Little, Carl Lejuez, Stuart J. Macdonald and Michael Baskett be dismissed.

**IT IS SO ORDERED.**

Dated this 25th day of August 2020, at Topeka, Kansas.

                                  s/Sam A. Crow_____
                                  U.S. District Senior Judge