# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| CATHERINE A. JORITZ,<br><br>   **Plaintiff**,<br><br>   v.<br><br>UNIVERSITY OF KANSAS, BERNADETTE GRAY-LITTLE, DEAN CARL LEJUEZ, STUART J. MACDONALD AND MICHAEL BASKETT,<br><br>   **Defendants.** | Case No. 5:17-CV-04002-SAC |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 121) regarding the order and mandate filed by the 10th Circuit Court of Appeals, the plaintiff's claims against defendants Bernadette Gray-Little, Carl Lejuez, Stuart J. Macdonald and Michael Baskett are dismissed.

Pursuant to the Order (Doc. 123), the motion for judgment on the pleadings based on res judicata is granted and this action is dismissed.

IT IS SO ORDERED.

Dated:  September 3, 2020          TIMOTHY M. O'BRIEN
                                   CLERK OF THE DISTRICT COURT

                                   by:  */s/ J. Lolley*
                                          Deputy Clerk