

FILED
NOV 24 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CATHERINE A. JORITZ, <br> Plaintiff, *pro se*. <br><br> v. <br><br> THE UNIVERSITY OF KANSAS, <br> Defendant. | ) On Appeal from the United States District <br> ) Court for the District of Kansas <br> ) <br> ) <br> ) Case No. 5:17-cv-04002-SAC-JPO <br> ) The Honorable Sam A. Crow |

## **NOTICE OF APPEAL**

Notice is hereby given that Catherine A. Joritz, Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on September 3, 2020, from the order denying Plaintiff's Rule 59(e) motion entered on October 27, 2020 and from all other adverse rulings.

DATE: November 24, 2020

*Cathy Joritz*

Catherine A. Joritz, *pro Se*
PO Box 422
Perry, KS 66073
T: (630) 857-8907
E: cjanimate@aol.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice of Appeal was sent via email on November 24, 2020 to:

Derek T. Teeter derek.teeter@huschblackwell.com
Michael T. Raupp michael.raupp@huschblackwell.com

DEREK T. TEETER / MICHAEL T. RAUPP
HUSCH BLACKWELL LLP,
4801 Main Street, Suite 1000,
Kansas City, Missouri 64112

DATE: November 24, 2020

*(signed)* Cathy Joritz

Catherine A. Joritz, *pro Se*
PO Box 422
Perry, KS 66073
T: (630) 857-8907
E: cjanimate@aol.com